IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAMMY HOPKINS**                                                                                    **PLAINTIFF**

**v.**                             **Case No. 4:22-cv-00697-KGB**

**SOCIAL SECURITY ADMINISTRATION**
**COMMISSIONER**                                                          **DEFENDANT**

## **ORDER**

Before the Court is a Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 15). No objections to the Recommendation have been filed, and the time for filing objections has passed. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. The final decision of the Commissioner of the Social Security Administration is affirmed. Plaintiff Tammy Hopkins' complaint is dismissed with prejudice. Judgment shall be entered accordingly.

It is so ordered this the 28th day of August, 2023.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge